# EXHIBIT 5

**From:** Edward Valdespino <EValdespino@namanhowell.com>
**Sent:** Wednesday, January 21, 2026 4:44 PM
**To:** pgreenwood@larkrenewableenergy.ca
**Cc:** Holly Wyse; kjwyse58@gmail.com
**Subject:** Re: Edward Duarte Program

Sorry for the delayed response, but Monday was a holiday in the US and I took a quick trip to visit family. I am back in the office today and trying to catch up.

In response to your first request, I will issue a letter to Lark Renewable Energy, Inc.
Next, my account is by definition a TRUST account. Accordingly, I can hold your funds in trust until you are ready to disperse them.
As far as distribution in January, I will need to ask Roman and Edward. I will also need to ask Roman about whether the final distribution will be 10x or some other return. My role is solely escrow, so I am not involved in those determinations.

I can help with distributing funds where you want them to go, as long as I have the necessary AML information and documentation. I can also assist with a PNC account. We can discuss some type of fee structure for the additional services when we get to that point.

I will follow up with you once I have the chance to speak to Roman.

**Edward F. Valdespino**
Of Counsel | **NAMAN** HOWELL
T: REDACTED 6483 | E-mail | Website | Office Address

**From:** pgreenwood@larkrenewableenergy.ca <pgreenwood@larkrenewableenergy.ca>
**Date:** Monday, January 19, 2026 at 6:37 PM
**To:** Edward Valdespino <EValdespino@namanhowell.com>
**Cc:** holly@wyseproperties.com <holly@wyseproperties.com>, kjwyse58@gmail.com <kjwyse58@gmail.com>
**Subject:** Edward Duarte Program

Hello Ed:

I hope that you are off to a great start for 2026.

I am following up on the wire transfer made to you by Holly Wyse ("Build Wysely Trust") on December 29, 2025, for Mr. Duarte's 10X Program.

I have a copy of your email to Holly Wyse dated December 30th, with your confirmation that the funds had been received into your escrow account. In that the funds are for the Contract between Mr.

Duarte and LARK Renewable Energy Inc., ("LARK"), I would like to request a letter from you, addressed to LARK, be issued for my Company accounting records. Simply stating that the funds are in escrow under your care. No use of fund's description is required.

I also have a request for your consideration. Mr. Roman Messina has advised me, Holly and Kevin Wyse, that there is a strong possibility that LARK will receive the earnings from its first Contract Cycle before the end of January 2026. To preface my request, my intention is to sign a contract with the Paymaster that Mr. Lars-Eric Ottenvall will introduce me to, where I will establish an International Trust and accompanying bank account. This new Trust will be the recipient of the 10X earnings going forward. However, it appears that I do not have enough time to establish an International Trust before the disbursement of the First Cycle earnings.

To this end, I would like to know the following, please:

1. Could LARK enter into an agreement with you/your law firm, to accept the first Cycle earnings (USD$10 million) into a Trust Account under your care?
2. If so, would you be able to undertake seven (7) disbursements from the Trust Account?
    1. One Disbursement of USD$7 million would be transferred to the Escrow Account for the 10X Program.

    - USD$1 million would go the credit of the new WYSE 10X Program.
    - USD$1 million would go the credit of the new AURORA 10X Program.
    - USD$1 million would go the credit of the new NOVE 10X Program.
    - USD$4 million would go to the credit of the LARK 10X Program (Current Contract).

    1. Six Disbursements of USD$500,000 each, to associated companies of LARK, for a total of USD$3 million.

I am also interested in opening a USD bank account with PNC Bank in San Antonio, for LARK. Would it be possible for you to assist in setting this up? One of the six disbursements in 'b' above would be the first deposit to this new account. I would address any legal fees for the above noted services from LARK's new PNC account, or funds could be deducted from the LARK disbursement. If required and LARK has its new account at PNC Bank, the Six Disbursements in 'b' could go in one transfer to LARK at PNC and LARK would make the noted USD$500,000 disbursements from there.

I am working with my finance group to determine how best to account for the First Cycle earnings for LARK.

I look forward to hearing from you. Thank you, Ed.

**LARK Renewable Energy Inc.**
REDACTED
Oakville, Ontario, CANADA
L6H 3A9

Att: G. Paul Greenwood
President & CEO

Best regards,
*Paul*

**LARK**
*G. Paul Greenwood*

*President & CEO*
REDACTED *5604*

**Disclaimer**

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.