# EXHIBIT 15A

**From:** Holly Wyse
**Sent:** Monday, February 2, 2026 7:58 PM
**To:** Edward Valdespino
**Subject:** Re: Message from KM_4750i

could you send the signed contracts please, I need those copies also

Wyse, holly marie-ttee
Four Pines TR

2217 Sweet Home Road Suite 50
Amherst, NY 14228

Office 716-688-2526
Fax: 888-636-4409

https://wyseproperties.com/vacancies/

Review Us on Google!

---

**From:** Edward Valdespino <EValdespino@namanhowell.com>
**Sent:** Monday, February 2, 2026 6:09 PM
**To:** Holly Wyse <holly@wyseproperties.com>
**Subject:** FW: Message from KM_4750i

Holly:

Attached is a bank letter identifying that I have the account. I have also included redacted copies of my December and January statements. Please note that I opened the account on December 18, 2025 so it was a short month. Also note that on the December statement it shows receipt of your $1,000,000 wire on December 29, 2025.

I continue to hold the $1,000,000 in my Attorney Public Trust IOLTA account on for the benefit of, Lark Renewable Energy, Inc.

Respectfully,

**Edward F. Valdespino**
Of Counsel | **NAMAN** HOWELL
**T:** 210-731-6483 | E-mail | Website | Office Address

---

**From:** Scan <scan@namanhowellsmithlee.onmicrosoft.com>
**Date:** Monday, February 2, 2026 at 4:59 PM

**To:** Edward Valdespino <EValdespino@namanhowell.com>
**Subject:** Message from KM_4750i

**Disclaimer**
Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.