# EXHIBIT 16

**From:** Edward Valdespino <EValdespino@namanhowell.com>
**Sent:** Monday, February 2, 2026 8:07 PM
**To:** Holly Wyse
**Subject:** Fw: Signed Agreement
**Attachments:** Lars COMBINED ESCROW AGREEMENT DEED OF AGREEMENT 23DEC2025 GPG.pdf

See attached.

**Edward F. Valdespino**
Of Counsel | **NAMAN** HOWELL
**T:** 210-731-6483 | E-mail | Website | Office Address

---

**From:** Edward Valdespino <EValdespino@namanhowell.com>
**Sent:** Monday, February 2, 2026 7:05:12 PM
**To:** Edward Valdespino <EValdespino@namanhowell.com>
**Subject:** Signed Agreement

**Edward F. Valdespino**
Of Counsel | **NAMAN** HOWELL
**T:** 210-731-6483 | E-mail | Website | Office Address

**Disclaimer**

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.