**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **HOLLY WYSE and KEVIN WYSE,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION** |
| **EDWARD F. VALDESPINO** | § | **NO: 5:26-cv-02973-XR** |
| **and NAMAN, HOWELL, SMITH,** | § | |
| **& LEE, PLLC** | § | |
| | § | |
| *Defendants.* | § | |

**NOTICE OF RELATED CASE**

TO THE HONORABLE COURT:

Pursuant to Local Rule CV-3, Defendant Edward F. Valdespino files this Notice of Related Case and respectfully shows as follows:

1. On May 6, 2026, Plaintiffs Holly and Kevin Wise filed their Original Complaint against Defendant Edward F. Valdespino alleging causes of action concerning monies held in escrow under a Combined Escrow Agreement and Deed of Agreement. *See* ECF No. 1.

2. Pursuant to Local Rule CV-3, Defendant hereby notifies the Court of a related proceeding involving similar allegations against Mr. Valdespino and also concerning a similar Combined Escrow Agreement and Deed of Agreement. *See I.C. Deposits Development, Inc. v. Edward F. Valdespino*, Case No. 5:26-cv-03178-FB (filed May 14, 2026) (the "Related Case").

3. Mr. Valdespino respectfully requests that the Court take notice of the pending Related Case.

Dated: May 19, 2026

2

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By:  /s/ Caroline Newman Small
Jason M. Davis
State Bar No. 00793592
E-mail: jdavis@dslawpc.com
Caroline Newman Small
State Bar No. 24056037
E-mail: csmall@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel.: (210) 853-5882
Fax: (210) 200-8395

*Attorneys for Defendant*
*Edward F. Valdespino*

## Certificate of Service

I certify that a true and correct copy of the foregoing document was served upon the interested parties listed below in accordance with the Federal Rules of Civil Procedure via the method indicated below on May 19, 2026.

Jennifer E. Brevorka

Julia M. Hilliker

Sera Yoon

E-mail: *jebrevorka@hodgsonruss.com*

E-mail: *jhilliker@hodgsonruss.com*

E-mail: *seyoon@hodgsonruss.com*

HODGSON RUSS LLP

The Guaranty Building

140 Pearl Street, Suite 100

Buffalo, NY 14202-4040

| | Method |
|---|---|
| _____ | U.S. Mail |
| _____ | CMRRR |
| _____ | Facsimile |
| _____ | E-mail |
| __X__ | E-file |

*Attorneys for Plaintiffs*

 /s/ *Caroline Newman Small*
Caroline Newman Small

3