**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

HOLLY WYSE and KEVIN WYSE,

Plaintiffs,

v.

EDWARD F. VALDESPINO and NAMAN, HOWELL, SMITH & LEE, PLLC

Defendants.

**JURY TRIAL DEMANDED**

CIVIL ACTION NO: 5:26-cv-02973

**STIPULATION OF DISMISSAL OF**
**DEFENDANT NAMAN, HOWELL, SMITH & LEE, PLLC**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Holly Wyse and Kevin Wyse (collectively, "Plaintiffs") and Defendant Naman, Howell, Smith & Lee, PLLC ("Naman Howell") file this Stipulation of Dismissal.

1. Plaintiffs assert claims against Naman Howell for conspiracy to defraud the Plaintiffs; knowing participation in Defendant Edward F. Valdespino's ("Valdespino") breach of fiduciary duty; and unjust enrichment.

2. Naman Howell has provided Plaintiffs with sufficient evidence to demonstrate that (i) it did not receive any portion of the funds that forms the basis of this lawsuit, (ii) it does not have any association with; access to; or control over Valdespino's escrow account(s) or the funds at issue. Accordingly, Plaintiffs now move to dismiss their claims against Naman Howell.

3. This case is not a class action nor has a receiver been appointed.

4. Neither Plaintiffs nor Naman Howell have dismissed a prior action based on or including the same claims presented in this suit.

5. Plaintiffs and Naman Howell have agreed to pay their own litigation costs, including but not limited to attorney's fees.

Dated: June 5, 2026

Respectfully submitted,

**HODGSON RUSS LLP**
*Attorneys for Plaintiffs*

By: ______________________
**Jennifer E. Brevorka**
Texas Bar No. 24082727
jebrevorka@hodgsonruss.com
**Julia M. Hilliker**
(*pro hac vice*)
jhilliker@hodgsonruss.com
**Sera Yoon**
(*pro hac vice*)
seyoon@hodgsonruss.com
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
Telephone: (716) 856-4000

**COBB MARTINEZ WOODWARD PLLC**
*Attorneys for Defendant Naman, Howell, Smith & Lee, PLLC*

By: */s/ Lindsey K. Wyrick*
**Lindsey K. Wyrick**
Texas Bar No. 24063957
lwyrick@cobbmartinez.com
**Mary Kathryn Holloway**
Texas Bar No. 24131157
mkholloway@cobbmartinez.com
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
Telephone: (214) 220-5201
Fax: (214) 220-5251

## CERTIFICATE OF SERVICE

I hereby certify that on June 5th, 2026, a true and correct copy of the foregoing instrument has been served upon all parties registered to receive notices by PACER via the Court's ECF/PACER system and I have sent copies via e-mail to all parties.

*/s/ Jennifer E. Brevorka*
**JENNIFER E. BREVORKA**